# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| ROBY ANDERSON, | ) |
| | ) |
|     Plaintiff-Appellant, | ) |
| v. | )   Appeal No. 22-2808 |
| | ) |
| KAR GLOBAL d/b/a ADESA MISSOURI, LLC, | ) |
| | ) |
|     Defendant-Appellee. | ) |

## DEFENDANT-APPELLEE'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 8th Cir. R. 26.1A, Defendant-Appellee ADESA Missouri, LLC states that it is wholly-owned by ADESA US Auction LLC, which is wholly-owned by Carvana Operations HC LLC, which is owned by Carvana Co. Sub LLC and Carvana Group, LLC. Carvana Co. Sub LLC's sole owner is Carvana Co., a publicly traded company.

Defendant-Appellee ADESA Missouri, LLC has no other parent corporation or publicly held corporation that directly or indirectly owns 10% or more of its stock.

Respectfully submitted,

*/s/ Dylan M. Long*
Jeffrey D. Hanslick, #46693
Dylan M. Long, #68217
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
jhanslick@littler.com
dlong@littler.com

ATTORNEYS FOR DEFENDANT-APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, a true and correct copy of the foregoing was electronically submitted via the Court's e-filing system, which generated notice of same to the following counsel of record:

John J. Ziegelmeyer III
Brad K. Thoenen
Kevin A. Todd
HKM EMPLOYMENT ATTORNEYS LLP
1501 Westport Road
Kansas City, MO 64111
Telephone: 816.875.3332
jziegelmeyer@hkm.com
bthoenen@hkm.com
ktodd@hkm.com

ATTORNEYS FOR PLAINTIFF-APPELLANT

*/s/ Dylan M. Long*
ATTORNEY FOR DEFENDANT-APPELLEE

2